A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
JUL 18 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CV 00-200 PAM/RLE**

JUSTINE T. KLIEWER

0441-0224-0472-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Justine T. Kliewer

and bring him or her forthwith to the nearest Magistrate Judge to answer an order of the court charging him or her with:

Failure to appear on February 19, 2004, at 9:00 a.m., pursuant to Order for Debtor's Examination

Ordered by: J. EARL CUDD, United States District Court Magistrate

Shirley Hansen

(By) Shirley Hansen, Deputy Clerk

February 19, 2004 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

DATE 7-13-05

Name and Title of Arresting Officer

Signature of Arresting Officer

RETURNED UNEXECUTED Judgment Satisfied 12-16-04

U.S. MARSHAL
DISTRICT OF MINNESOTA

BY M. [illegible]

SCANNED
JUL 18 2005
U.S. DISTRICT COURT MPLS

DC Modified 02/20/04